


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARL MARCHELLO | : | CIVIL ACTION NO. |
| | : | 3:01CV2329(PCD) |
| V. | : | |
| CHASE MANHATTAN AUTO FINANCE CORP., JOHN MCKENNA and FAIR ISSAC COMPANY, INC. | : | OCTOBER 30, 2003 |

### AFFIDAVIT RE: ATTEMPT TO RESOLVE OBJECTIONS TO SUPPLEMENTAL INTERROGATORIES AND REQUESTS FOR PRODUCTION DATED JUNE 17, 2003

The undersigned represents that:

1. I am over the age of eighteen (18) years and I understand the obligations of an oath.

2. I am counsel to the plaintiff, Carl Marchello, in the above-captioned matter.

3. On June 17, 2003, the plaintiff caused to be served on the defendant, John McKenna, supplement interrogatories and requests for production.

4. On July 15, 2003, the defendant objected to plaintiff's supplemental interrogatories and requests for production.

5. On July 22, 2003, the undersigned sent a letter to defense counsel indicating that the information sought in the plaintiff's interrogatories and requests for production were discoverable under the Federal Rules and a motion to compel would be filed with the Court unless some discovery was forthcoming.

6. On October 3, 2003, the plaintiff filed a Motion to Compel with the defendant. To date, no opposition to the motion has been filed.

7. The original Motion and all moving papers are being filed in accordance with the Court's Supplemental Order, § 5(c).

8. The Plaintiff complied with the order and requests that the Motion be granted.

_____
Joel T. Faxon

Subscribed and sworn to before me
This 30th day of October, 2003.

_____
Notary Public
My Commission Expires: 8/31/06

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the date hereof, to the following:

Thomas P. Cella, Esq.
Howard, Kohn, Sprague & FitzGerald, LLP
237 Buckingham Street
Hartford, CT 06126-0896

Kenneth G. Williams, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106

Brian DelGatto, Esq.
Wilson Elser Moskowitz Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard 9th floor
Stamford, CT 06901

Brian Smith, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

                                              */s/ Joel T. Faxon*
                                              Joel T. Faxon