

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARL MARCHELLO,<br>Plaintiff, | :<br>: | CIVIL ACTION NO.<br>3:01CV2329(PCD) |
| v. | : | |
| CHASE MANHATTAN AUTO FINANCE CORP.<br>and JOHN MCKENNA,<br>Defendants. | :<br>:<br>: | OCTOBER 3, 2003 |

## PLAINTIFF'S MOTION TO COMPEL

The plaintiff in the above matter, pursuant to Fed. R. Civ. P. 37(a)(2)(A), moves the Court for an order compelling the defendant, JOHN MCKENNA, to respond to the interrogatories and requests for production propounded to him on June 17, 2003 seeking discovery of surveillance materials. A memorandum of law is filed herewith.

THE PLAINTIFF

JOEL T. FAXON    ct16255
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
Tel: 203-624-9500
FAX: 203-624-9100
E-mail: jfaxon@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this date to:

Thomas P. Cella, Esq.
Howard, Kohn, Sprague & FitzGerald, LLP
237 Buckingham Street
Hartford, CT  06126-0896

Kenneth G. Williams, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT  06106

Brian DelGatto, Esq.
Wilson Elser Moskowitz Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard 9th floor
Stamford, CT  06901

Brian Smith, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT  06460

_____
Joel T. Faxon