UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
NOV 7  3 09 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CARL MARCHELLO : CIVIL ACTION NO.
: 3:01 CV 2329(PCD)
vs. :
:
CHASE MANHATTAN, ET AL : NOVEMBER 7, 2003

## REPLY BRIEF IN SUPPORT OF THE PLAINTIFF'S MOTION TO COMPEL

The plaintiff, Carl Marchello, files this reply brief in accordance with D. Conn. L. Civ. R. 7(d), in response to the defendant's late-filed opposition. The Courts in this district have cited with approval cases requiring the disclosure of surveillance materials after the plaintiff's deposition has been conducted as a result of the liberal treatment accorded discovery in the Federal Courts. See, e.g., Hilderbrand v. Wal-Mart Stores, 192 F.R.D. 432, 435 (D.Conn. 2000) (Margolis, M.J.). The State Court decisions are in line with the decision of Judge Margolis. See Torre v. New Haven Orthopedic Group, P.C., Superior Court, judicial district of New Haven, Doc. no. 355129, 1996 Conn. Super. LEXIS 960, at *5 (April 11, 1996, Corradino, J.) (citing numerous state and federal cases). This court should likewise permit the discovery sought by the plaintiff.

Accordingly, the motion to compel should be granted.

1

THE PLAINTIFF

By: _____
JOEL T. FAXON
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
FEDERAL JURIS NO. ct 16255
Tel: (203)624-9500
Fax:(203)624-9100

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date to:

Thomas P. Cella, Esq.
Howard, Kohn, Sprague & FitzGerald, LLP
237 Buckingham Street
Hartford, CT  06126-0896

Kenneth G. Williams, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT  06106

Brian DelGatto, Esq.
Wilson Elser Moskowitz Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT  06901

Brian Smith, Esq.
Berchem, Moses & Devlin, P.C
75 Broad Street
Milford, CT  06460

_____
JOEL T. FAXON

2