UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 14  4 53 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| CARL MARCHELLO | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:2001cv02329-PCD |
| | : | |
| VS. | : | |
| | : | |
| CHASE MANHATTAN AUTO | : | |
| FINANCE CORPORATION; JOHN | : | |
| MCKENNA and FAIR ISSAC | : | |
| COMPANY, INC. | : | NOVEMBER 13, 2003 |

### YARMANE TRANSPORT'S MOTION & NOTICE OF MOTION FOR INTERVENTION

1. Intervenor moves for an order of intervention.

2. The grounds for this motion are to protect intervenor's subrogation rights to be reimbursed for the worker's compensation benefits paid to Plaintiff. In addition, intervenor seeks to protect its substantial legal interest that is not adequately represented by the existing parties.

3. This motion is based on the pleadings and papers on file in this action and the attached memorandum of points and authorities.

Respectfully submitted,

By: _____
David J. Weil
Federal Bar No.: ct04410
One Town Center, P.O. Box 747
Cheshire, Connecticut 06410
Tel. 203-250-2000
Fax. 203-250-3131
dweil@nuzzo-roberts.com

## CERTIFICATE OF SERVICE

I certify that a copy of Yarmane Transport Motion & Notice of Motion to for Intervention was served on all lead attorneys of record as follows:

For the Defendant Chase Manhattan Auto Finance Corp.
Stephen P. Brown, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
3 Gannet Drive
White Plains, NY 10604

For the Defendant Chase Manhattan Auto Finance Group
Richard J. Buturla, Esq.
BERCHEM, MOSES & DEVLIN, P.C.
75 Broad Street
Milford, CT 06460

For the Defendant John McKenna
Thomas P. Cella, Esq.
HOWARD, KOHN, SPRAGUE & FITZGERALD
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

For the Plaintiff Carl Marchello
Joel T. Faxon
STRATTON FAXON LAW FIRM
59 Elm Street
New Haven, CT 06510

For the Defendant Fair Isaac Company, Inc.
Kenneth G. Williams
GORDON, MUIR & FOLEY
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-1976

David J. Weil

\\fp\nuzzo\wp\403016\022\Intervening Complaint - motion.doc