# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARL MARCHELLO           : | |
| : | |
| VS.                      : | CASE NO. 3:01CV2329 (PCD) |
| : | |
| CHASE MANHATTAN AUTO FINANCE   : | |
| CORPORATION, ET AL.      : | |

## ENDORSEMENT ORDER

Yarmane Transport's Motion and Notice of Motion for Intervention, document no. 44, is GRANTED absent opposition.

SO ORDERED. Dated at New Haven, Connecticut, this 24th day of December, 2003.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court