UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARL MARCHELLO<br>Plaintiff | : | CIVIL ACTION NO.<br>3:2001cv02329-PCD |
| VS. | : | |
| CHASE MANHATTAN AUTO<br>FINANCE CORPORATION; JOHN<br>MCKENNA and FAIR ISSAC<br>COMPANY, INC. | :<br>:<br>: | NOVEMBER 13, 2003 |

## YARMANE TRANSPORT'S COMPLAINT IN INTERVENTION

Intervenor, Yarmane Transport, files this complaint in intervention as a party-plaintiff, as authorized by Federal Rule of Civil Procedure 24.

A.  PARTIES

1. Intervenor is a corporation incorporated under the laws of the state of Idaho.

2. Plaintiff, Carl Marchello, is an individual that is a citizen of the State of Idaho.

3. Defendant, Chase Manhattan Auto Finance Corporation, is a corporation that is incorporated under the laws of the state of New York. Defendant has its principal place of business in the State of New York. Defendant may be served with process at CT Corporation System, One Commercial Plaza, Hartford, CT.

4. Defendant, John McKenna, an individual, is a citizen of the State of Massachusetts.

5. Defendant, Fair Issac Company, Inc., is a corporation that is incorporated under the laws of the state of California. Defendant has its principal place of business in the State of California. Defendant may be served with process at CT Corporation System, One Commercial Plaza, Hartford, CT.

### B. THE ORIGINAL LAWSUIT

6. Plaintiff, Carl Marchello, sued defendants for recklessness and negligence arising out of a two-vehicle collision on Interstate 95 in Connecticut on February 5, 2001.

### C. INTERVENOR'S FIRST COUNT - RECKLESSNESS

7. At the time of the alleged injury to the plaintiff, Carl Marchello, he was in the employment of the intervening plaintiff, Yarmane Transport, and such injuries arose out of and in the course of that employment.

8. Paragraphs 1 through 11 of Count One the plaintiff's complaint are hereby made paragraphs 9 through 20 of this the First Count of the intervening complaint.

D. <u>INTERVENOR'S SECOND COUNT – NEGLIGENCE</u>

9. At the time of the alleged injury to the plaintiff, Carl Marchello, he was in the employment of the intervening plaintiff, Yarmane Transport, and such injuries arose out of and in the course of that employment.

10. Paragraphs 1 through 11 of Count Two the plaintiff's complaint are hereby made paragraphs 11 through 22 of this the Second Count of the intervening complaint.

E. <u>DAMAGES</u>

11. The intervening plaintiff claims any damages recovered in said action will be paid and apportioned so that the intervening plaintiff will be reimbursed from the plaintiff for amounts the intervening plaintiff has paid and may become obligated to pay for workers' compensation benefits to include medical loss, loss of earnings, temporary total compensation, payments of permanent partial disability and any other benefits under the terms of the Workers' Compensation Act.

F.   **PRAYER**

12.   For these reasons, intervenor asks that on final hearing, it recover judgment against defendants for reimbursement of its Worker's Compensation Lien.

Respectfully submitted,

By: _____
David J. Weil
Federal Bar No.: ct04410
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
Tel. 203-250-2000
Fax. 203-250-3131
dweil@nuzzo-roberts.com

- 4 -

## CERTIFICATE OF SERVICE

I certify that a copy of Yarmane Transport Complaint in was served on all lead attorneys of record as follows:

For the Defendant Chase Manhattan Auto Finance Corp.
Stephen P. Brown, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
3 Gannet Drive
White Plains, NY 10604

For the Defendant Chase Manhattan Auto Finance Group
Richard J. Buturla, Esq.
BERCHEM, MOSES & DEVLIN, P.C.
75 Broad Street
Milford, CT 06460

For the Defendant John McKenna
Thomas P. Cella, Esq.
HOWARD, KOHN, SPRAGUE & FITZGERALD
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

For the Plaintiff Carl Marchello
Joel T. Faxon
STRATTON FAXON LAW FIRM
59 Elm Street
New Haven, CT 06510

For the Defendant Fair Isaac Company, Inc.
Kenneth G. Williams
GORDON, MUIR & FOLEY
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-1976

David J. Weil

\\fp\nuzzo\wp\403016\022\Intervening Complaint.doc

- 5 -