FILED

Jan 30  10 55 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARL MARCHELLO | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV2329 (PCD) |
| V. | : | |
| CHASE MANHATTEN AUTO FINANCE CORP., JOHN MCKENNA, and FAIR ISSAC | : | |
| Defendants | : | JANUARY 30, 2004 |

### PLAINTIFF'S NOTICE OF COMPLYING WITH SECTION A OF TRIAL PREPARATION ORDER

The plaintiff in the above captioned matter, hereby states that he has complied with the Court's Trial Preparation Order by providing all adverse parties with the plaintiff's responses to Section A1-A6.

THE PLAINTIFF

By: _____
JOEL T. FAXON
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
FEDERAL JURIS NO. ct 16255
Tel: (203)624-9500
Fax:(203)624-9100

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date to:

Thomas P. Cella, Esq.
Howard, Kohn, Sprague & FitzGerald, LLP
237 Buckingham Street
Hartford, CT  06126-0896

Kenneth G. Williams, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT  06106

Brian DelGatto, Esq.
Wilson Elser Moskowitz Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT  06901

Brian Smith, Esq.
Berchem, Moses & Devlin, P.C
75 Broad Street
Milford, CT  06460

David J. Weil, Esq.
Nuzzo & Roberts, L.L.C.
One Town Center, PO Box 747
Cheshire, CT  06410

_____
JOEL T. FAXON