UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARL MARCHELLO : | CIVIL NO. 3:01CV2329 (PCD) |
|    Plaintiff : | |
| : | |
| VS. : | |
| : | |
| CHASE MANHATTAN AUTO, ET AL : | JANUARY 5, 2004 |
|    Defendants | |

## ENTRY OF APPEARANCE

Please enter the Appearance of Sean Murphy of the law firm of Nuzzo & Roberts, L.L.C., as counsel for the Intervening Plaintiff, Yarmane Transport.

Respectfully submitted,

By: /s/ Sean D. Murphy
Sean D. Murphy
Federal Bar No.: CT20788
One Town Center, P.O. Box 747
Cheshire, Connecticut 06410
Tel.: 203-250-2000
Fax.: 203-250-3131
smurphy@nuzzo-roberts.com

## CERTIFICATE OF SERVICE

I certify that on February 5, 2004, a copy of the foregoing Appearance was served on all lead attorneys of record as follows:

For the Defendant Chase Manhattan Auto Finance Corp.
Stephen P. Brown, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
3 Gannet Drive
White Plains, NY 10604

For the Defendant Chase Manhattan Auto Finance Group
Richard J. Buturla, Esq.
BERCHEM, MOSES & DEVLIN
75 Broad Street
Milford, CT 06460

For the Defendant John McKenna
Thomas P. Cella, Esq.
HOWARD, KOHN, SPRAGUE & FITZGERALD
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

For the Plaintiff Carl Marchello
Joel T. Faxon
STRATTON FAXON LAW FIRM
59 Elm Street
New Haven, CT 06510

For the Defendant Fair Isaac Company, Inc.
Kenneth G. Williams
GORDON, MUIR & FOLEY
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-1976

_____
Sean D. Murphy

\\fp\nuzzo\wp\403016\022\Appearance2.doc