UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARL MARCHELLO | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01CV2329 (PCD) |
| V. | : | |
| CHASE MANHATTAN AUTO FINANCE | : | |
| CORP., et al | : | FEBRUARY 9, 2004 |
| Defendants | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the U. S. District Court's Local Rules of Civil Procedure, the undersigned counsel for the Plaintiff respectfully moves for leave to withdraw his appearance for the plaintiff. Other counsel has appeared for the plaintiff as set forth in the Change of Appearance filed by Attorney Joel T. Faxon. This Motion to Withdraw is mailed by certified mail to the plaintiff, Carl Marchello, on this date.

Wherefore, the undersigned counsel requests this Motion to Withdraw Appearance be granted.

THE PLAINTIFF,

By:_____
ANTONIO PONVERT III
KOSKOFF, KOSKOFF & BIEDER, PC
350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
Federal Bar No: ct16255
Tel: (203) 336-4421
Fax: (203) 368-3244

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this date, to all counsel and pro se parties of record as follows:

Thomas P. Cella, Esq.
Howard, Kohn Sprague & FitzGerald, LLP
237 Buckingham Street
Post Office Box 261798
Hartford, CT  06126

Kenneth G. Williams, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT  06106

Thomas G. Cotter, Esq.
Richard J. Buturla, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT  06460

_____
Antonio Ponvert III