FILED
FEB 13   2 :    PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARL MARCHELLO | : | NO.: 301CV2329 PCD |
| | : | |
| VS. | : | |
| | : | |
| CHASE MANHATTAN AUTO FINANCE | : | |
| CORPORATION and JOHN McKENNA | : | FEBRUARY 12, 2004 |

**NOTICE OF SERVICE OF SECTION B - TRIAL PREPARATION COMPLIANCE**

The Defendant, John McKenna, files this notice of service of Section B, Trial Management Compliance, on all parties.

DEFENDANT, JOHN McKENNA

BY_____
Thomas P. Cella
Howard, Kohn, Sprague & FitzGerald, LLP
237 Buckingham Street
Hartford, CT 06126-0896
Federal Bar No: ct 04298

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid on this 12th day of February, 2004 to:

Joel Faxon, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Kenneth Williams, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106

Brian Smith, Esq.
Berchem Moses & Devlin, PC
75 Broad Street
Milford, CT 06460

Brian DelGatto, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
One Stamford Plaza
263 Tressor Boulevard, 9th Floor
Stamford, CT 06901

Sean D. Murphy, Esq.
Nuzzo & Roberts LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

BY _____
Thomas P. Cella

2