## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARL MARCHELLO : | |
| : | |
| VS. : | CASE NO. 3:01CV2329 (PCD) |
| : | |
| CHASE MANHATTAN AUTO FINANCE : | |
| CORPORATION, ET AL. : | |

## ENDORSEMENT ORDER

The Motion to Withdraw Appearance, document no. 54, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 13th day of February, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court