FILED
FEB 13  2 42 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARL MARCHELLO,<br>          Plaintiff | CIVIL ACTION No. 3:01cv 2329 (PCD) |
| VS. | |
| CHASE MANHATTAN AUTO,<br>FAIR ISAAC & COMPANY, INC.,<br>          Defendants | FEBRUARY 12, 2004 |

## DEFENDANT FAIR ISAAC & COMPANY, INC.'S NOTICE OF COMPLYING WITH SECTION B OF TRIAL PREPARATION ORDER

The Defendant Fair Isaac & Company, Inc. hereby states that it has complied with the Court's Trial Preparation Order by providing all parties the Defendant's responses to Sections B1-B6.

THE DEFENDANT,
Fair Isaac & Company, Inc.

By_____
Kenneth G. Williams
Fed. Bar No. ct05725
GORDON, MUIR and FOLEY, LLP
10 Columbus Boulevard
Hartford, CT  06106

## **CERTIFICATION**

This is to certify that a copy of the foregoing was faxed and mailed to the following counsel of record on this 12th day of February, 2004:

Joel T. Faxon, Esq.
KOSKOFF, KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Thomas P. Cella, Esq.
HOWARD, KOHN, SPRAGUE & FITZGERALD
P.O. Box 261798
Hartford, CT 06126

Richard J. Buturla, Esq.
BERCHEM, MOSES & DEVLIN, P.C.
75 Broad Street
Milford, CT 06460

Brian W. Smith, Esq.
75 Broad Street
Milford, CT 06460

_____
Kenneth G. Williams
Gordon, Muir and Foley, LLP