UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Feb 20  2 14 PM '04
DISTRICT COURT
HAVEN, CONN.

..................................................
CARL MARCHELLO           :   Civil Action No.
        Plaintiff    :   3:01CV2329 (PCD)
                         :
v.                       :
                         :
CHASE MANHATTAN AUTO     :
FINANCE CORPORATION and  :
JOHN McKENNA             :
        Defendants   :   February 19, 2004
..................................................

## ANSWER AND AFFIRMATIVE DEFENSES TO THE INTERVENING PLAINTIFF'S COMPLAINT

### BY WAY OF ANSWER TO PART A:

1-2. As to the allegations of paragraphs 1 and 2, the undersigned defendant has insufficient knowledge in which to form a belief and therefore leaves the plaintiff to its proof.

3. Paragraph 3 is admitted.

4-5. As to the allegations of paragraphs 4 and 5, the undersigned defendant has insufficient knowledge in which to form a belief and therefore leaves the plaintiff to its proof.

### BY WAY OF ANSWER TO PART B:

6. Admitted.

### BY WAY OF ANSWER TO PART C:

7. The undersigned defendant has insufficient knowledge in which to form a belief and therefore leaves the plaintiff to its proof.

8. The answers to paragraphs 1 through 11 of Count One of the plaintiff's Complaint are hereby made the answers to paragraphs 9 through 20 of the First Count of the Intervening Complaint.

**BY WAY OF ANSWER TO PART D:**

9. As to the allegations of paragraph 9, the undersigned defendant has insufficient knowledge in which to form a belief and therefore leaves the plaintiff to its proof.

10. The answers to paragraphs 1 through 11, inclusive, of Count Two of the plaintiff's Complaint are hereby made the answers to paragraphs 11 through 22, inclusive, of the Second Count of the Intervening Complaint.

**BY WAY OF ANSWER TO PART E:**

11. As to the allegations of paragraph 11, the undersigned defendant has insufficient knowledge in which to form a belief and therefore leaves the intervening plaintiff to its proof.

**BY WAY OF ANSWER TO PART F:**

12. Paragraph 12 is denied.

**BY WAY OF FIRST AFFIRMATIVE DEFENSE:**

If the intervening plaintiff sustained any injuries or damages as alleged in its complaint, said injuries or damages were proximately caused by the negligence of Carl Marchello at said time and place in that:

a. He failed to keep his motor vehicle under proper control;

b. He failed to keep a proper lookout;

c. He failed to turn his vehicle so as to avoid a collision; and

d. He failed to act as a reasonably prudent person under all the circumstances then and there existing as aforesaid.

**BY WAY OF SECOND AFFIRMATIVE DEFENSE:**

The intervening plaintiff's Complaint fails to state a cause of action in which relief may be granted.

**BY WAY OF THIRD AFFIRMATIVE DEFENSE:**

The intervening plaintiff did not comport with the requirements of Connecticut General Statutes §31-293 and therefore cannot maintain the intervening Complaint.

THE DEFENDANT,
Chase Manhattan Auto Finance Corporation

By: _____
Brian W. Smith
BERCHEM, MOSES & DEVLIN
75 Broad Street
Milford, CT 06460
Phone: (203) 783-1200
Federal Bar: CT05720

## CERTIFICATION OF SERVICE

This is to certify that the foregoing Answer was mailed on this date to the following:

Joel Thomas Faxon, Esq.
Antonio Ponvert, III, Esq.
Koskoff, Koskoff & Bieder, PC
350 Fairfield Avenue
Bridgeport, CT 06604

Thomas P. Cella, Esq.
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham Street
PO Box 261798
Hartford, CT 06126-1798

Kenneth G. Williams
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123

Brian Del Gatto, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604

**Intervening Plaintiff, Yarmane Transport:**
David Weil, Esq.
Sean D. Murphy, Esq.
Nuzzo & Roberts, LLC
One Town Center, PO Box 747
Cheshire, CT 06410

_____
Brian W. Smith