UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

..............................................
CARL MARCHELLO          :   Civil Action No.
           Plaintiff    :   3:01CV2329 (PCD)
                        :
v.                      :
                        :
CHASE MANHATTAN AUTO    :
FINANCE CORPORATION and :
JOHN McKENNA            :
           Defendants   :   February 27, 2004
..............................................

## TRIAL MEMO - PART C OF DEFENDANT
## CHASE MANHATTAN AUTO FINANCE CORPORATION and JOHN McKENNA

NAME & ADDRESS OF TRIAL ATTORNEY:

The Defendant, Chase Manhattan Auto Finance, will be represented by Brian W. Smith, Esq., Berchem, Moses & Devlin, P.C., 75 Broad Street Milford, CT 06460, (203) 783 1200, and Stephen P. Brown, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, P.C., Stamford, CT (203) 564 1900.

JURY/COURT:

This is a jury case.

LENGTH OF TRIAL:

Presentation of the undersigned's case is approximately one day.

TRIAL BEFORE JUDGE:

The parties have not consented to have the case tried before Magistrate Judge Joan M. Margolis.

FURTHER PROCEEDINGS:

The undersigned has filed a motion for summary judgment addressed to the intervening complaint.

The undersigned has reserved its right to disclose an expert pending the deposition of the Plaintiff's expert and treating physician on the evening of February 26, 2004.

The undersigned will ask the court to resolve the objections raised by the Plaintiff to requests to admit the authenticity of medical records if the parties are unable to resolve their differences.

SETTLEMENT:

The parties have undertaken a private mediation of this matter. A court-assisted conference might be beneficial.

PART C, 1 THROUGH 6:

See attached compliance on the trial Memoranda submitted by the Plaintiff and Intervening Plaintiff.

7. Jurisdiction is based on diversity.

8. The undersigned intends on enforcing the contractual per the lease agreement Additionally it will seek common law indemnification against any appropriate party.

9. See attached list of proposed voir dire questions.

10. The defendant Chase Manhattan Auto Finance was the owner of the vehicle involved in the accident. It leased the vehicle to the defendant, John McKenna, who was operating it at the time the incident occurred. This defendant has raised special defenses as to the plaintiff, asserting that his negligence contributed to the accident in that he failed to keep his motor vehicle under proper control; in that he failed to keep

    a proper lookout; in that he failed to turn his vehicle so as to avoid a collision; and in that he failed to act as a reasonably prudent person under all of the circumstances existing at that time.

11.    See attached requests to charge.

THE DEFENDANT,
Chase Manhattan Auto Finance Corporation

By: _____
Brian W. Smith
BERCHEM, MOSES & DEVLIN
75 Broad Street
Milford, CT 06460
Phone: (203) 783-1200
Federal Bar: CT05720

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 27th day of February 2004 to the following:

Joel Thomas Faxon
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Thomas P. Cella
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham Street
PO Box 261798
Hartford, CT 06126-1798

Kenneth G. Williams
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123

Brian Del Gatto, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604

David Weil, Esq.
Sean D. Murphy, Esq.
Nuzzo & Roberts, LLC
One Town Center, PO Box 747
Cheshire, CT 06410

_____
Brian W. Smith