UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

..............................................
CARL MARCHELLO                  :    Civil Action No.
                Plaintiff    :    3:01CV2329 (PCD)
                                             :
v.                              :
                                             :
CHASE MANHATTAN AUTO            :
FINANCE CORPORATION and         :
JOHN McKENNA                    :
                Defendants   :    February 27, 2004
..............................................

**PROPOSED VOIR DIRE QUESTIONS OF DEFENDANT**
**CHASE MANHATTAN AUTO FINANCE CORPORATION and JOHN McKENNA**

GENERAL BACKGROUND:

    Have you been a juruor before?

    What kind of case?

    Did it go to conclusion?

    Would that experience adversely affect your ability to be fair and impartial in this case?

    Do you make up your mind quickly, slowly or somewhere in between?

    Would you be able to keep an open mind as to this case and reach no conclusions until you heard all of the evidence?

    Do you have any strong feelings about the civil justice system?

    Do you believe that the Plaintiff should be awarded damages just because he brought a lawsuit?

    Do you believe the defendant must have done something wrong just because it was sued?

LAWSUIT EXPERIENCE:

Have you or members of your family ever been involved in an incident where someone was hurt, and either you sued someone or someone sued you?

When did this happen?

Is the case still pending?

Did it go to trial or was it settled?

Were you satisfied with the outcome?

Was there anything about that experience that left you with any strong feelings about the civil justice system?

Is there anything about your experience that would adversely affect your ability to be a fair and impartial juror in this case?

Are you familiar with Interstate 95 Southbound in the area of Westbrook?

Is there anything about your experience with that road that would adversely affect your ability to be fair and impartial in this matter?

ATTITUDE TOWARDS PARTIES:

Are you or were you ever a trucker? Do you have any family members who are truckers?

Would the fact that the Plaintiff is a trucker affect your ability to be fair and impartial?

The Defendant Chase Manhattan Auto Finance is a corporation. Is there anything about that fact that would affect your ability to be fair and impartial?

Would you be able to treat the Defendant the same way you would treat the individual Plaintiff?

Would Chase Manhattan Auto Finance get the same fair shake from you?

ACCIDENT EXPERIENCE:

Have you ever been involved in a motor vehicle accident that resulted in personal injury?

When did it occur?

Where did it happen?

What kind of injuries occurred?

Were any permanent injuries sustained?

Is there anything about that experience that would adversely affect your ability to be fair and impartial?

EXPERT WITNESSES:

Expert witnesses are allowed to give opinions. Will you make sure that any opinion offered to you makes common sense to you?

Will you make sure that any opinion offered to you fits in with the rest of the evidence?

APPLYING THE LAW:

The Judge may instruct you on an area of the law that you personally disagree with. If confronted with that situation, would you be able to set aside your feelings and apply the law as the Judge gives it to you?

The Judge may instruct that your decision in this case is not to be the result of sympathy. Can you set sympathy aside and not let it play a part in your deliberations?

THE DEFENDANT,
Chase Manhattan Auto Finance Corporation

By: _____
Brian W. Smith
BERCHEM, MOSES & DEVLIN
75 Broad Street
Milford, CT 06460
Phone: (203) 783-1200
Federal Bar: CT05720

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 27th day of February 2004 to the following:

Joel Thomas Faxon
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Thomas P. Cella
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham Street
PO Box 261798
Hartford, CT 06126-1798

Kenneth G. Williams
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-5123

Brian Del Gatto, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604

David Weil, Esq.
Sean D. Murphy, Esq.
Nuzzo & Roberts, LLC
One Town Center, PO Box 747
Cheshire, CT 06410

_____
Brian W. Smith