UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARL MARCHELLO | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:2001cv02329-PCD |
| | : | |
| VS. | : | |
| | : | |
| CHASE MANHATTAN AUTO | : | |
| FINANCE CORPORATION; JOHN | : | |
| MCKENNA and FAIR ISSAC | : | |
| COMPANY, INC. | : | MARCH 1, 2004 |

SECTION A - TRIAL PREPARATION ORDER COMPLIANCE

The Intervening Plaintiff, Yarmane Transport, submits its Section A Trial Preparation Order compliance.

I.   Claims of fact proposed for stipulation as undisputed.

1.   This Court has jurisdiction over this case pursuant to 28 U.S.C. §1391, diversity of citizenship.

2.   The plaintiff was traveling on Interstate 95 in Westbrook, Connecticut at the time of the alleged incident.

3.   The defendant, John McKenna, lost control of his vehicle and veered toward the left shoulder of the highway striking the jersey barrier.

4.   The plaintiff, unable to stop in time, struck Mr. McKenna's vehicle and sustained an injury to his back.

5. Mr. McKenna then swerved across the highway and collided with a tractor-trailer driven by Matthew Buchanan.

6. At the time of the accident, the highway was slick due to the snow that was falling.

7. According to the police report and witness statements, Mr. McKenna was speeding prior to losing control of his vehicle.

8. At the time of the accident, the plaintiff was employed by and in the course of his employment with Yamane Transport, Inc., the intervening plaintiff.

9. The plaintiff filed a worker's compensation claim in Idaho.

10. The intervening plaintiff made payments from February 27, 2001 through April 25, 2003.

11. The intervening plaintiff has a lien totaling $107,863.38.

II. <u>Proposed findings of fact.</u>

The intervening plaintiff paid $107,863.38 in benefits for the plaintiff's injuries resulting from this accident. A complete listing of the payments made by the intervening plaintiff will be presented.

III. <u>Claims of law.</u>

The intervening plaintiff is entitled to subrogation to the rights of the employee to be reimbursed to the extent of its lien. The intervening plaintiff is entitled to subrogation pursuant to the laws of Idaho where the plaintiff filed the

workers' compensation claim. Specifically, Idaho Workers' Compensation Law §72-223 governs third party liability and the employer's right to be reimbursed for its lien from the amount the plaintiff recovers in this lawsuit.

IV. Proposed exhibits.

Printout of all payments, medical and indemnity, made on the plaintiff's behalf totaling $ 107,863.38.

V. Witnesses to be called.

The intervening plaintiff expects to call the same witnesses as the plaintiff.

VI. Proposed Evidence

The intervening plaintiff intends to submit a listing of all the medical payments and indemnity payments made on behalf of the plaintiff.

THE INTERVENING PLAINTIFF<br>
YARMANE TRANSPORT, INC.

By: *Sean D. Murphy*<br>
Sean D. Murphy<br>
Federal Bar No.: ct 20788<br>
One Town Center<br>
P.O. Box 747<br>
Cheshire, Connecticut 06410<br>
Tel. 203-250-2000<br>
Fax. 203-250-3131<br>
smurphy@nuzzo-roberts.com

## CERTIFICATE OF SERVICE

I certify that a copy of Yarmane Transport Section A Trial Preparation Order Compliance was served on all lead attorneys of record as follows:

For the Plaintiff Carl Marchello
Joel T. Faxon
STRATTON FAXON LAW FIRM
59 Elm Street
New Haven, CT 06510

For the Defendant Chase Manhattan Auto Finance Corp.
Stephen P. Brown, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
3 Gannet Drive
White Plains, NY 10604

For the Defendant Chase Manhattan Auto Finance Group
Richard J. Buturla, Esq.
BERCHEM, MOSES & DEVLIN, P.C.
75 Broad Street
Milford, CT 06460

For the Defendant John McKenna
Thomas P. Cella, Esq.
HOWARD, KOHN, SPRAGUE & FITZGERALD
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

For the Defendant Fair Isaac Company, Inc.
Kenneth G. Williams
GORDON, MUIR & FOLEY
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-1976

Sean D. Murphy

\\fp\muzzo\WP\403016\022\Trial Prep Order- A.doc