United States District Court
District of Connecticut
FILED AT       NEW HAVEN

Mar 2        2004
Kevin F. Rowe, Clerk
By: P.Q. Villano
      Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARL MARCHELLO : CIVIL NO. 3:01CV2329 (PCD)
    Plaintiff :
:
VS. :
:
CHASE MANHATTAN AUTO, ET AL : MARCH 1, 2004
    Defendants

### SECTION C - TRIAL PREPARATION ORDER COMPLIANCE

The Intervening Plaintiff, Yarmane Transport, Inc., adopts the plaintiff's Section C trial preparation compliance dated February 27, 2004 and submits its Section A compliance in further support of its position.

THE INTERVENING PLAINTIFF
YARMANE TRANSPORT, INC.

By: _____
Sean D. Murphy
Federal Bar No.: ct 20788
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
Tel. 203-250-2000
Fax. 203-250-3131
smurphy@nuzzo-roberts.com

## CERTIFICATE OF SERVICE

      I certify that a copy of Yarmane Transport Section C Trial Preparation Order Compliance was served on all lead attorneys of record as follows:

<u>For the Plaintiff Carl Marchello</u>
Joel T. Faxon
STRATTON FAXON LAW FIRM
59 Elm Street
New Haven, CT 06510

<u>For the Defendant Chase Manhattan Auto Finance Corp.</u>
Stephen P. Brown, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
3 Gannet Drive
White Plains, NY 10604

<u>For the Defendant Chase Manhattan Auto Finance Group</u>
Richard J. Buturla, Esq.
BERCHEM, MOSES & DEVLIN, P.C.
75 Broad Street
Milford, CT 06460

<u>For the Defendant John McKenna</u>
Thomas P. Cella, Esq.
HOWARD, KOHN, SPRAGUE & FITZGERALD
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

<u>For the Defendant Fair Isaac Company, Inc.</u>
Kenneth G. Williams
GORDON, MUIR & FOLEY
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-1976

                                                               _/s/ Sean D. Murphy_
                                                                      Sean D. Murphy

\\fp\nuzzo\WP\403016\022\Trial Prep Order -C.doc