ctrmhrg (January 10, 2002)

HONORABLE **PCD**
DEPUTY CLERK **P. Villano**   RPTR/ERO/TAPE **Falcone**

TOTAL TIME: ___ hours ___ minutes

DATE **3/3/04**   START TIME **5:10**   END TIME **5:20**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

**Marchello**

vs.   CIVIL NO. **3:01cv2329 (PCD)**

**Chase Manhattan**

☐ Plaintiffs Counsel
☑ SEE ATTACHED CALENDAR FOR COUNSEL
☐ Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing              ☐ (confmhrg.) Confirmation Hearing     ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing       ☐ (evidhrg.) Evidentiary Hearing       ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing     ☐ (fairhrg.) Fairness Hearing          ☑ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

☐ #___ Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ #___ Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ #___ Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ #___ Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ #___ Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ #___ Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ #___ Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ Oral Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ Oral Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ Oral Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ Oral Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ Brief(s) due ___   ☐ Proposed Findings due ___   Response due ___
☑ **Stip for Dismissal**                ☑ filed  ☐ docketed
☐ _____       ☐ filed  ☐ docketed
☐ _____       ☐ filed  ☐ docketed
☐ _____       ☐ filed  ☐ docketed
☐ _____       ☐ filed  ☐ docketed
☐ _____       ☐ filed  ☐ docketed
☐ _____       ☐ filed  ☐ docketed
☐ _____       ☐ filed  ☐ docketed
☐ _____       ☐ filed  ☐ docketed
☐ _____       ☐ filed  ☐ docketed

Hearing continued until ___ at ___

|  |  |  |
|---|---|---|
|  |  | **Brian W. Smith**<br>Berchem, Moses & Devlin, P.C.<br>75 Broad St.<br>Milford, CT 06460<br>203-882-4155<br>bsmith@bmdlaw.com<br>*Assigned: 06/25/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Thomas P. Cella**<br>Howard, Kohn, Sprague & Fitzgerald<br>237 Buckingham St., PO Box 261798<br>Hartford, CT 06126-1798<br>860-525-3101<br>tpc@hksflaw.com<br>*Assigned: 02/05/2002*<br>*TERMINATED: 02/07/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Fair Issac Co Inc**<br>*Added: 10/29/2002*<br>*(Defendant)* | represented by | **Kenneth G. Williams**<br>Gordon, Muir & Foley<br>Hartford Square North<br>10 Columbus Blvd.<br>Hartford, CT 06106-1976<br>860-308-4651<br>kwilliams@gmflaw.com<br>*Assigned: 11/27/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Carl Marchello**<br>*Added: 12/12/2001*<br>*(Plaintiff)* | represented by | **Joel Thomas Faxon**<br>Stratton Faxon<br>59 Elm St.<br>New Haven, CT 06510<br>203-624-9500<br>jfaxon@strattonfaxon.com<br>*Assigned: 12/12/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Antonio Ponvert, III**<br>Koskoff, Koskoff & Bieder, P.C.<br>350 Fairfield Ave., 5th Floor |