UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CARL MARCHELLO,

    Plaintiff,

-vs-                                    CIVIL NO. 3:01CV2329 (PCD)

CHASE MANHATTAN AUTO
FINANCE CORP., ET AL.,

    Defendants.

STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated at New Haven, Connecticut, this 3 day of March, 2004.

_____
Joel Thomas Faxon, Esq.   CT 16255
Attorney for Plaintiff, Carl Marchello


_____
Sean D. Murphy, Esq.
Attorney for Intervenor Plaintiff, Yarmane Transport

_____
Brian W. Smith, Esq.
Attorney for Defendant, Chase Manhattan Auto
Finance Corp.

_____
Thomas P. Cella, Esq.
Attorney for Defendant, John McKenna

_____
Kenneth G. Williams, Esq.
Attorney for Defendant, Fair Issac Co., Inc.

**ORDER**

The stipulation is approved. The above entitled action is hereby dismissed.

SO ORDERED.

Dated at New Haven, Connecticut, this 3rd day of March, 2004.

                                                        Peter C. Dorsey, U.S. District Judge
                                                        United States District Court