UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARL MARCHELLO

v.                                                              CIVIL NO.  3:01 cv 2329 (PCD)

CHASE MANHATTAN AUTO FINANCE
CORPORATION AND JOHN MCKENNA

J U D G M E N T

This action came on for consideration before the Honorable Peter C. Dorsey, Senior United States District Judge, on a stipulation of dismissal.  On March 3, 2004, the Court approved the stipulation of dismissal and dismissed the case in accordance with the terms and conditions of the stipulation of dismissal.

It is therefore ORDERED and ADJUDGED that the case is dismissed hereby dismissed in accordance with the terms and conditions of the stipulation of dismissal.

Dated at New Haven, Connecticut this 5th day of March, 2004.

KEVIN F.  ROWE, CLERK
By

/s/ Patricia A. Villano

Patricia A. Villano
Deputy Clerk

EOD: _____