UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED
FEB 27  1 44 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | | |
|---|---|---|
| CARL MARCHELLO,<br>Plaintiff | : | CIVIL ACTION No. 3:01cv 2329 (PCD) |
| VS. | : | |
| CHASE MANHATTAN AUTO,<br>FAIR ISAAC & COMPANY, INC.,<br>Defendants | : | FEBRUARY 27, 2004 |

### SECTION C TRIAL PREPARATION ORDER APPENDIX A COMPLIANCE

The Defendant Fair Isaac & Company, Inc. hereby submits this Trial Preparation Order Section C/Appendix A in accordance with the Scheduling Order.

### SECTION C:

1.  **Trial Attorney:**

For the Defendant Fair Isaac & Company, Inc., the trial attorney will be Kenneth G. Williams, Esq., Gordon, Muir and Foley, LLP, 10 Columbus Boulevard, Hartford, Connecticut 06106; work # (860)308-4651; home # (860)647-8304; and cell # (860)306-8308.

2. **Jury or Court Case:**

   This case is a jury case.

3. **Estimate of Trial Time:**

   This party will not be calling any witnesses; and, as to introduction of documentary evidence, this should take less than one-half (1/2) hour.

4. **Case Tried By:**

   This Defendant would agree to Judge Margolis as a trial judge.

5. **List of Any Further Proceedings:**

   No further proceedings are necessary.

6. **Request for Settlement Conference:**

   A private mediation was held on February 23, 2004 which resulted in a settlement proposal to which the Plaintiffs and the Defendants McKenna and Fair Isaac & Company have agreed to; however, the Co-Defendant Chase Manhattan has not yet made a decision as to the proposal. An additional settlement conference is not needed in that it is a matter of Chase Manhattan making a decision.

THE DEFENDANT,
**Fair Isaac & Company, Inc.**

By _____
Kenneth G. Williams
Fed. Bar No. ct05725
GORDON, MUIR and FOLEY, LLP
10 Columbus Boulevard
Hartford, CT 06106

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the following counsel of record on this 27th day of February, 2004:

Joel T. Faxon, Esq.
KOSKOFF, KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Thomas P. Cella, Esq.
HOWARD, KOHN, SPRAGUE & FITZGERALD
P.O. Box 261798
Hartford, CT 06126

Stephen P. Brown, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN
 & DICKER
One Stamford Plaza
263 Tresser Boulevard, 9th Flr.
Stamford, CT 06901

Brian W. Smith, Esq.
BERCHEM, MOSES & DEVLIN, P.C.
75 Broad Street
Milford, CT 06460

David J. Weil, Esq.
NUZZO & ROBERTS, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

_____
Kenneth G. Williams
Gordon, Muir and Foley, LLP