UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED Feb 27 1 43 PM '04

| | |
|---|---|
| CARL MARCHELLO,<br>Plaintiff | CIVIL ACTION No. 3:01cv 2329 (PCD) |
| VS. | |
| CHASE MANHATTAN AUTO,<br>FAIR ISAAC & COMPANY, INC.,<br>Defendants | FEBRUARY 27, 2004 |

### DEFENDANT FAIR ISAAC & COMPANY, INC.'S
### NOTICE OF COMPLIANCE WITH SECTION C
### TRIAL PREPARATION ORDER

The Defendant Fair Isaac & Company, Inc. hereby gives notice to the Court that it submits its Compliance with the Trial Preparation Order Section C/Appendix A in accordance with the Scheduling Order.

THE DEFENDANT,
Fair Isaac & Company, Inc.

By_____
Kenneth G. Williams
Fed. Bar No. ct05725
GORDON, MUIR and FOLEY, LLP
10 Columbus Boulevard
Hartford, CT  06106

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the following counsel of record on this 27th day of February, 2004:

Joel T. Faxon, Esq.
KOSKOFF, KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, CT  06604

Thomas P. Cella, Esq.
HOWARD, KOHN, SPRAGUE & FITZGERALD
P.O. Box 261798
Hartford, CT  06126

Stephen P. Brown, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN
 & DICKER
One Stamford Plaza
263 Tresser Boulevard, 9th Flr.
Stamford, CT  06901

Brian W. Smith, Esq.
BERCHEM, MOSES & DEVLIN, P.C.
75 Broad Street
Milford, CT  06460

David J. Weil, Esq.
NUZZO & ROBERTS, LLC
One Town Center
P.O. Box 747
Cheshire, CT  06410

Kenneth G. Williams
Gordon, Muir and Foley, LLP